```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

LONNIE BENEFIELD,
               Petitioner,

    v.                             Civil Action No. 05-10157-NMG

UNITED STATES OF AMERICA,
               Respondent

<u>ORDER RE: SERVICE OF MOTION,</u>
<u>REQUEST FOR APPOINTMENT OF COUNSEL,</u>
<u>AND REQUEST FOR COPIES</u>

GORTON, D. J.

    It is hereby ORDERED:

1. <u>Service</u>: The Clerk of this Court is hereby ordered to serve a copy of the Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) upon the office of the United States Attorney. It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion for a Reduction in Sentence. As part of the response the Respondent shall include whether or not the motion under §3582(c)(2) should be construed as a motion pursuant to 28 U.S.C. §2255, (and as such, should be dismissed as a second or successive motion), or alternatively, whether the motion may be treated as a motion under §2241 because §2255 is an inadequate remedy.

2. <u>Motion for appointed counsel</u>: Petitioner's motion for appointment of counsel is denied without prejudice to renew after the Respondent has filed a response to the motion for reduction in sentence, upon a showing that appointment of counsel is in the interests of justice in view of the response.

3. <u>Request for copying service and free copies by the Clerk's Office</u>: Petitioner's request that the clerk make copies of his pleadings and send the copies to him is Denied. The Petitioner is not entitled to free copy service or free copies by the clerk, notwithstanding he is incarcerated and may be unable to afford to make copies.

<u>February 3, 2005</u>          <u>/s/ Nathaniel M. Gorton    </u>
    Date                       Nathaniel M. Gorton
                        United States District Judge