UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| **LONNIE BENEFIELD** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 05-CV-10157-NMG |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: */s/ David G. Tobin*
    DAVID G. TOBIN
    Assistant U.S. Attorney
    United States Attorney's Office
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3392

February 22, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have served upon the defendant (pro se), Lonnie Benefield, United States Penetentiary, P.O. Box 26030, Beaumont, TX 77720-6030 a copy of the foregoing document by first-class mail this 22nd day of February, 2005.

        */s/ David G. Tobin*
        DAVID G. TOBIN
        ASSISTANT UNITED STATES ATTORNEY