UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| **LONNIE BENEFIELD** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 05-10157-NMG |
| | ) | |
| **UNITED STATES of AMERICA** | ) | |
| | ) | |

### GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE RESPONSE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to enlarge the time by which it must file a response to petitioner's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) from February 25, 2005 to a date not before May 2, 2005.  In support of this motion, the United States avers that the undersigned attorney for the United States was recently assigned this case, that the undersigned will be on military leave the weeks of February 28, 2005 and March 14, 2005, and on an out-of-state vacation the week of April 18, 2005.  The undersigned is scheduled to begin jury trials on March 28, 2005 and May 2, 2005. As a result of these previously scheduled matters, the undersigned moves this Honorable Court to enlarge the time by

which the United States must file its response to a date not before May 2, 2005.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


       By: /s/ David G. Tobin
          DAVID G. TOBIN
          Assistant U.S. Attorney

Dated:  February 22, 2005


**CERTIFICATE OF SERVICE**

  This is to certify that I have served upon the defendant (pro se), Lonnie Benefield, United States Penetentiary, P.O. Box 26030, Beaumont, TX  77720-6030 a copy of the foregoing document by first-class mail this 22nd day of February, 2005.

          /s/ David G. Tobin
          DAVID G. TOBIN
          ASSISTANT UNITED STATES ATTORNEY