October 20, 2005

To: Clerk of the Court
United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

From: Lonnie Benefield
Reg. No. 17658-038
United States Penitentiary
P.C. Box 26030
Beaumont, Texas 77720-6030

Re: Benefield v. United States of America;
Civil Action No. 05-10157-NMG;
In Re: CR90-10007-C;

Dear Clerk of the Court:

Could you please inform me of any status report to the above case numbers. Also, could you please forward to me the docket entries to the above case numbers; Civil Action No: 05-10157-NMG, and, CR90-10007-C.

In closing, I would like to thank you for your time and attention into this matter.

Sincerely,
Lonnie Benefield
Lonnie Benefield

LB/b