IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

LONNIE BENEFIELD,             )
                              )
      PETITIONER,             )
                              )
v.                            )         CIVIL ACTION NO. 05-10157-NMG
                              )
UNITED STATES OF AMERICA,     )         ( In re: Cr-90-10007-C )
                              )
      RESPONDENT(S).          )
_____)

### PETITIONER'S MOTION FOR JUDGMENT OF THE PLEADING

COMES NOW, The Petitioner Lonnie Benefield (hereinafter referred to as "Petitioner"), acting pro-se, in the above entitled matter respectfully moves this Honorable Court for a judgment pursuant to the Federal Rules Of Civil Procedure, Rule 12(c) to the above Case Number: 05-10157-NMG.

The Petitioner states the following:

1). The Petitioner states that the above Case has been before this Honorable Court since January of 2005;

2). The Petitioner further states that a judgment should be rule on in this matter because the Petitioner's continuance confinement in prison will past 15 years is unconstitutional.

(1)

WHEREFORE, it is the prayerful and respectfully request of the petitioner that this Honorable Court will grant a judgment in this matter and/or otherwise <u>ORDER</u> that a evidentiary hearing be held in this matter, as well as any and all other relief that this Honorable Court deems in its wisdom just and proper.

DATED THIS <u>24TH</u> DAY OF JANUARY , 2006 .

Respectfully submitted,

*Lonnie Benefield*
LONNIE BENEFIELD, PRO-SE
REG. NO. 17658-038
UNITED STATES PENITENTIARY
P.O. BOX 26030
BEAUMONT, TEXAS   77720-6030

CERTIFICATE OF SERVICE

I, hereby certify that one (1) true photocopy of the foregoing action was on this 24th day of January , 2006, mailed to the following address below:
DAVID G. TOBIN
ASSIATANT U.S. ATTORNEY
UNITD STATES ATTORNEY'S OFFICE
DISTRICT OF MASSACHUSETTS
JOHN J. MOAKLEY COURTHOUSE, SUITE 9200
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS   02210

*Lonnie Benefield*
LONNIE BENEFIELD

(2)