IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LONNIE BENEFIELD, | ) | |
| PETITIONER, | ) | |
| vs. | ) | CIVIL ACTION NO: 05-10157-NMG |
| UNITED STATES OF AMERICA, | ) | |
| RESPONDENT. | ) | |
| _____ | ) | |

### PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Petitioner, Lonnie Benefield(hereinafter referred to as "Petitioner"), acting pro-se, in the above entitled matter respectfully request that an attorney be appointed in this matter.

Wherefore, the Petitioner prays that this Honorable Court shall grant the Petitioner's request in the interests of justice.

Dated this 3rd day of February, 2006

Respectfully submitted,

*Lonnie Benefield*
LONNIE BENEFIELD #17658-038
UNITED STATES PENITENTIARY
P.O. BOX 26030
BEAUMONT, TEXAS  77720-6030