IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONNIE BENEFIELD, ) | |
| PETITIONER, ) | |
| vs. ) | CIVIL ACTION NO: 05-10157-NMG |
| UNITED STATES OF AMERICA, ) | |
| RESPONDENT. ) | |
| _____ ) | |

STATE OF TEXAS

COUNTY OF JEFFERSON

### AFFIDAVIT IN SUPPORT OF THE PETITIONER'S
### MOTION FOR THE APPOINTMENT OF COUNSEL

Lonnie Benefield, being duly sworn, deposes and says:

1. I am the Petitioner in the above entitled matter.

2. This is a complex matter because it contains several different legal claims, with each claim involving exceptional legal interpretations.

3. The matter involves issues of sentencing that may require a expert in sentencing under the Federal Sentencing Guidelines.

4. The Petitioner is serving a sentence of 20 years in the United States Federal Prison.

(1)

5. The Petitioner housed in punitive segregation, for this reason he has very limited access to legal materials and has no ability to investigate the facts of the case, by researching the case properly.

WHEREFORE, the Petitioner's motion for the appointment of counsel should be granted.

Dated this ___3rd___ day of ~~January~~ February, 2006

_____
LONNIE BENEFIELD #17658-038
UNITED STATES PENITENTIARY
P.O. BOX 26030
BEAUMONT, TEXAS   77720-6030

Sworn to before me this __3rd__ day of ~~January~~ February, 2006

_____
(NOTARY PUBLIC)

DIANNA GALVAN-GARZA
Notary Public, State of Texas
My Commission Expires
June 02, 2008

(2)

CERTIFICATE OF SERVICE

I, hereby certify that one (1) true photocopy of the foregoing action was on this ___3rd___ day of ~~January~~ Feb, 2006, mailed to the following:

DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF MASSACHUSETTS
JOHN J. MOAKLEY COURTHOUSE, SUITE 9200
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS    02210


RESPECTFULLY SUBMITTED:

__*Lonnie Benefield*__
Lonnie Benefield
Reg. No. 17658-038
United States Penitentiary
Post Office Box 26030
Beaumont, Texas   77720-6030


Petitioner In Pro-Se.

(3)