IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
LONNIE BENEFIELD,                   )
                                    )
        PETITIONER,                 )
                                    )
v.                                  )       CIVIL ACTION NO: 1:05-cv-10157NMG
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        RESPONDENT(S).              )
                                    )
```

FILED IN CLERKS OFFICE
2006 MAR 29 P 1:47
U.S. DISTRICT COURT
DISTRICT OF MASS

NOTICE OF CHANGE OF ADDRESS

The Petitioner Lonnie Benefield, Reg. No: 17658-038, by pro-se, respectfully notifies the Court of his change of address as follows:

> LONNIE BENEFIELD, REG. NO: 17658-038
> UNITED STATES PENITENTIARY-HAZELTON
> P.O. BOX 2000
> BRUCETON MILLS, WEST VIRGINIA 26525

This new address is effective this date.

DATED: MARCH 15, 2006

Respectfully submitted,

*Lonnie Benefield*
LONNIE BENEFIELD
Defendant/Petitioner

(1)

## CERTIFICATE OF SERVICE

I, Lonnie Benefield, Reg. No: 17658-038, declare as follows:

1). That on the  MARCH 15, 2006  I deposited in the Prison United States Mail Box, an envelope bearing the requisite postage for First Class mail, containing Defendant/Petitioner's Notice Of Change Of Address in the matter of Lonnie Benefield, Case No. 05- cv - 10157 , addressed to

David G. Tobin
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Mass. 02210

I declare under penalty of perjury that the above is true and correct.

Executed on MARCH 15, 2006  at USP-HAZELTON BRUCETON MILLS, WV 26525 .

/s/ Lonnie Benefield

CASE NO. 1:05-cv-10157

Date: MARCH 15, 2006

FILED
IN CLERKS OFFICE

2006 MAR 29  P 1:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk of the Court:

Could you please file the enclosed Notice of Change of Address within your Court as soon as possible.

In closing, I would like to thank you for your time and attention into this matter.

LB/lb
enlcosures

Sincerely,

*Lonnie Benefield*
LONNIE BENEFIELD
REG. NO: 17658-038
UNITED STATES PENITENTIARY- HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525