May 8, 2006

FILED
IN CLERKS OFFICE
2006 MAY 17 P 3: 30
U.S. DISTRICT COURT
DISTRICT OF MASS

To: Clerk of the Court
Office of the Clerk
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

From: Lonnie Benefield
Reg. No. 17658-038
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, W. Virginia 26525

Re: Benefield v USA; Case No: 1:05-CV-10157-NMG

Dear Clerk of the Court:

Could you please forward to me a copy of the docket entries to case number: 1:05-CV-10157-NMG.

In closing, I thank you for your time and attention into this matter.

Sincerely,
Lonnie Benefield
#17658-038

LB/lb